IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KATHY REED                                                                                           PLAINTIFF

V.                                                           CIVIL ACTION NO.: 1:09CV84-SA-JAD

ANA FLORES, M.D., AND
THE MEYER EYE GROUP                                                                  DEFENDANTS

## ORDER DENYING REMAND

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1)   the Plaintiff's Motion to Remand [6] is **DENIED**.

(2)   The parties are instructed to contact the magistrate judge within 10 days of this Order to schedule a case management conference; and

(3)   the clerk is directed to lift the stay on this case.

**SO ORDERED**, this the 10th day of November, 2009.

                                                           **/s/ Sharion Aycock**
                                                           **UNITED STATES DISTRICT JUDGE**